# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HORACIO LOPEZ,<br><br>  Petitioner,<br><br>vs.<br><br>A. HEDGEPETH, Warden,<br><br>  Respondent. | Case No. CV 07-6902-SJO (DTB)<br><br>**J U D G M E N T** |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

DATED: 9/15/09

S. JAMES OTERO
UNITED STATES DISTRICT JUDGE